1  **DAVID C. HOLLINGSWORTH #203887**

2  **LAW OFFICES OF DAVID C. HOLLINGSWORTH**
   T.W. Patterson Building
3  2014 Tulare Street Suite 707
   Fresno, CA 93721
4  Phone (559) 485-3425
   Fax    (559) 442-3398

5
   Attorney for Plaintiffs
6  LUIS ALBERTO JOVEL and MARINA JOVEL

7

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9

10 | LUIS ALBERTO JOVEL, an individual; | Case No.: CIV-F-04-6586 AWI DLB |
11 | MARINA JOVEL, an individual | **STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT CITY OF SAN BERNARDINO ONLY** |
12 | | |
13 | Plaintiffs, | |
14 | v. | |
15 | CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, COUNTY OF TULARE, public entities and DOES 1 through 100, inclusive | |
16 | | |
17 | Defendants. | |

20    IT IS HEREBY STIPULATED by and between the parties to this action through their

21 designated counsel that the CITY OF SAN BERNARDINO be dismissed with prejudice pursuant

22 to Federal Rules of Civil Procedure 41(a)(1).

23

24 Dated: April 11, 2005

25                                              _____// S //_____
                                                David C. Hollingsworth
26                                              Attorney for Plaintiffs, Luis Alberto
                                                Jovel and Marina Jovel

Dated: April 11, 2005                              JAMES F. PENMAN, City attorney

                                                   _____//  S //_____
                                                   By: Suzanne M. Bryant, Deputy City
                                                   Attorney City of San Bernardino
                                                   Attorney for Defendant City of San
                                                   Bernardino

Dated: April 12, 2005                              MICHAEL A. SACHS,
                                                   Chief Deputy County Counsel

                                                   _____// S //_____
                                                   By: James Thebeau, Deputy County
                                                   Counsel County of San Bernardino
                                                   Attorney for Defendant County of
                                                   San Bernardino

Dated: April 27, 2005                              KATHLEEN BALES-LANGE,
                                                   County Counsel

                                                   _____// S//_____
                                                   By: Kathleen A. Taylor, Deputy
                                                   County Counsel County of Tulare
                                                   Attorney for Defendant County of
                                                   Tulare

IT IS SO ORDERED.

**Dated:   April 28, 2005**                        _____/s/ Anthony W. Ishii_____
0m8i78                                             UNITED STATES DISTRICT JUDGE

2