1 | **DAVID C. HOLLINGSWORTH #203887**

2 | **LAW OFFICES OF DAVID C. HOLLINGSWORTH**
**2014Tulare St. Ste. 707**
3 | **Fresno, California  93721**
**Telephone: (559) 485-3425**
4 | **Facsimile:  (559) 442-3398**

Attorneys for Plaintiff's,
LUIS ALBERTO JOVEL and MARIA JOVEL

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LUIS ALBERTO JOVEL and MARIA JOVEL, individuals | Case No.: 1: 04 CV 6586 AWI DLB |
|---|---|
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO SET DATES FOR DISCLOSURE OF EXPERTS** |
| CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, COUNTY OF TULARE, public entities and DOES 1 through 100, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the following dates be established.

Disclosure of expert witnesses on or before November 14, 2005

Disclosure of supplemental expert witnesses on or before February 6, 2006

Disclosure of rebuttal expert witnesses on or before March 6, 2006


Dated:  July 19, 2005_____   /s/ David C. Hollingsworth_____

David C. Hollingsworth
Attorney for Plaintiffs, Luis Alberto Jovel and Marina Jovel

| | | |
|---|---|---|
| Dated: July 22, 2005 | | MICHAEL A SACHS, Chief Deputy County Counsel |

/s/ James Thebeau
By: James Thebeau, Deputy County Counsel
County of San Bernardino
Attorney for Defendant County of San Bernardino

Dated: 7/26/05                                   KATHLEEN BALES-LANGE, County Counsel

/s/ Kathleen A. Taylor (as authorized on 7/26/05)
By: Kathleen A. Taylor, Deputy County Counsel
County of Tulare
Attorney for Defendant County of Tulare

IT IS SO ORDERED.

**Dated:   July 28, 2005**                             **/s/ Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Set Dates for Disclosure of Experts