JAMES H. THEBEAU, CA Bar No. 128845
Deputy County Counsel
RONALD D. REITZ, CA Bar No. 064511
County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone:  (909) 387-4402
Facsimile:    (909) 387-4069
jthebeau@cc.sbcounty.gov

Attorneys for Defendant
COUNTY OF SAN BERNARDINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO JOVEL, an individual; MARINA JOVEL, an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO, COUNTY OF TULARE, and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.  1: 04 CV 6586 AWI DLB<br><br>**STIPULATION TO VACATE SETTLEMENT CONFERENCE OF OCTOBER 31, 2005; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record, that the parties agree to vacate the Settlement Conference scheduled for Monday, October 31, 2005 at 10:00 a.m. in Courtroom 5, before the Honorable Dennis L. Beck.

The reason for the need to vacate the Settlement Conference is as follows: Defendants are of the opinion that the assistance of the court is not needed at this time to facilitate settlement negotiations because this case is amenable to summary judgment in favor of defendants.  However, defendants are in the process of obtaining settlement authority to respond to a demand of $12,000.00 from plaintiff.  Defendants' counter-offer will exhaust the amount it is willing to pay short of filing and obtaining a

ruling on a summary judgment motion.  The parties are in agreement that they will contact the court to request a new settlement conference date in the event the parties agree the court may be of assistance.

DATED: October 25, 2005  RONALD D. REITZ
County Counsel


/s/   James H. Thebeau
JAMES H. THEBEAU
Deputy County Counsel
Attorneys for Defendant
COUNTY OF SAN BERNARDINO

DATED: October 25, 2005  LAW OFFICES OF DAVID C. HOLLINGSWORTH


/s/   David C. Hollingsworth
DAVID C. HOLLINGSWORTH
Attorney for Plaintiffs
LUIS ALBERTO JOVEL and MARINA JOVEL


**ORDER**

THE SETTLEMENT CONFERENCE SET FOR OCTOBER 31, 2005, IS HEREBY VACATED.

DATED: October 27, 2005  **/s/ Dennis L. Beck**
UNITED STATES DISTRICT COURT
THE HONORABLE DENNIS L. BECK

STIPULATION TO VACATE SETTLEMENT CONFERENCE OF OCTOBER 31, 2005

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA          )
                             ) ss:
COUNTY OF SAN BERNARDINO     )

I, the undersigned, declare:

I am employed in the County of San Bernardino, State of California; I am over the age of 18 years and not a party to this action; my business address is 385 North Arrowhead Avenue, San Bernardino, California 92415-0140.  I am familiar with this office's practice for collection and processing of documents for mailing with the United States Postal Service.  The documents are deposited with the United States Postal Service on the same day in the ordinary course of business.  On the date written below, I served the document named below on the parties indicated by placing a true copy thereof enclosed in a sealed envelope for collection and mailing from 385 North Arrowhead Avenue, San Bernardino, CA following ordinary business practice, addressed as follows, and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on October _____, 2005, at San Bernardino, California.

**DOCUMENT:  STIPULATION TO VACATE SETTLEMENT CONFERENCE OF OCTOBER 31, 2005; ORDER THEREON**

**PARTIES SERVED:**

| | |
|---|---|
| David C. Hollingsworth, Esq.<br>Law Office of David C. Hollingsworth<br>T.W. Patterson Building<br>2014 Tulare Street, Suite 707<br>Fresno, CA  93721 | Attorneys for Plaintiffs |

_____
Jacqueline Love, Declarant