1
2
3
4

**IN THE UNITED STATES DISTRICT COURT FOR THE**

5

**EASTERN DISTRICT OF CALIFORNIA**

6

| | |
|---|---|
| **LOUIS ALBERTO JOVEL, MARINA JOVEL,** ) | **CIV- F-04-6586 AWI DLB** |
| ) | |
| ) | **ORDER DISMISSING ACTION** |
| **Plaintiffs**, ) | **DUE TO PLAINTIFFS' RULE** |
| ) | **41(a)(1)(ii) VOLUNTARY** |
| **v.** ) | **DISMISSAL** |
| ) | |
| **CITY OF SAN BERNARDINO,** ) | |
| **COUNTY OF SAN BERNARDINO,** ) | |
| **COUNTY OF TULARE, public entities,** ) | |
| **and DOES 1 through 100, inclusive,** ) | |
| ) | |
| **Defendant**. ) | |

7
8
9
10
11
12
13
14

15      On February 13, 2006, Plaintiffs filed a notice of voluntary dismissal with prejudice as to

16   this action pursuant to Federal Rule of Civil Procedure 41(a)(1).   All served Defendants have

17   already been dismissed from this action.

18      Rule 41(a)(1), in relevant part, reads: " an action may be dismissed by the plaintiff

19   without order of court (i) by filing a notice of dismissal at any time before service by the adverse

20   party of an answer or of a motion for summary judgment, whichever first occurs . . . . ."

21   Because Plaintiff has exercised its right to voluntarily dismiss its complaint under Rule 41(a)(1),

22   this case has terminated.  See  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

23      Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of

24   the Court is ordered to close this case in light of Plaintiff's Rule 41(a)(1) Voluntary Dismissal.

25
26   IT IS SO ORDERED.

27   **Dated:   February 14, 2006            /s/ Anthony W. Ishii          **
28   0m8i78                                    UNITED STATES DISTRICT JUDGE